# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA HUGHES, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>MANDRY TECHNOLOGY SOLUTIONS, LLC, a Texas company,<br><br>    Defendant. | Case No. 2:23-cv-09502-JLS-MAR<br><br>**ORDER REMANDING ACTION TO STATE COURT  (Doc. 13)** |

The Court, having reviewed and considered the Parties' stipulation seeking remand to the Superior Court of California, County of Los Angeles (Doc. 13), and finding good cause shown, orders that:

(1) This action is hereby remanded to the Superior Court of California, County of Los Angeles, Case No. 23STCV24137 with each party to bear its own fees and costs; and

(2) The Clerk of the Court shall mail a certified copy of the Court's remand order to the clerk of Superior Court of California, County of Los Angeles.

**IT IS SO ORDERED.**

DATED: November 30, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE